IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA JUSTIN LOOKINGBILL, | : | Civ. No. 4:13-CV-01636 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| ANTHONY FETROW,<br>RICHARD E. MARTIN, II,<br>and BRUCE BLOCKER | : | |
| | : | |
| Defendants. | : | |

# ORDER
July 9, 2014

**BACKGROUND:**

The undersigned has given full and independent consideration to the April 21, 2014 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 17. Neither Plaintiff nor Defendant filed responses or objections, which were due by May 8, 2014. Consequently, the matter is ripe for disposition.

Because this Court agrees with Magistrate Judge Schwab's analysis, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation is ADOPTED in full (ECF No. 17)

2. Plaintiff's claims against Defendant Richard E. Martin are DISMISSED with prejudice and Defendant Martin is DISMISSED from the action.

3. Plaintiff's claims against Defendant Bruce Blocker are DISMISSED with prejudice and Defendant Blocker is DISMISSED from the action.

4. The case is remanded to Magistrate Judge Schwab for further proceedings.

                                      BY THE COURT:

                                      s/Matthew W. Brann
                                      Matthew W. Brann
                                      United States District Judge